No. 12–8216. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8221. PANTOLIANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–8223. RUFFIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8225. ROSAS-HERRERA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8230. WADMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–8231. LEAL-PENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8232. MCPHERSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–8233. KEELS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8237. BERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8242. GUTIERREZ-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8247. MEZA-ROJAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8248. MILLSAPS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8249. NOEL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8250. LAGUNA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–8254. EMERICK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8256. GARVEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.